# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 10, 2001

Before

Hon. HARLINGTON WOOD, JR., *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | | |
|---|---|---|
| CHRIS JACOBS, | | ] On a Motion for an Order |
| | *Applicant,* | ] Authorizing the District Court |
| | | ] to Entertain a Second or |
| No. 01-1847 | v. | ] Successive Petition for |
| | | ] Collateral Review. |
| GARY R. MCCAUGHTRY, | | ] |
| | *Respondent.* | ] |
| | | ] |

**ORDER**

The slip opinion of this court issued on May 9, 2001, is amended as follows:

On page 3, fourth line from the bottom of the last paragraph, the words "district court" should be replaced with "Clerk of the United States District Court for the Western District of Wisconsin".